| | | |
|---|---|---|
| 1 | Your Name: | Elias Torres Ramirez |
| 2 | Address: | 665 Russell Ave. #5 Santa Rosa CA 95403 |
| 3 | Phone Number: | 707 727 5466 |
| 4 | Fax Number: | |
| 5 | E-mail Address: | |
| 6 | Pro Se Plaintiff | |

FILED
JUN 03 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV24-3322   PHK

Elias Torres Ramirez

*Elias Torres Ramirez* (signature)

Plaintiff,

vs.

lady at this location on this day & time

Solano County Library Foundation

601 Kentucky St, Fairfield Ca 95433

707 421 8075

Defendant.

Case Number [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL
Yes ☐   No ☐

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: lady, Solano County Library Foundation
Address: 601 Kentucky St, Fairfield Ca 95433
Telephone: 707 421 8075

COMPLAINT
PAGE 5 OF 12 *[JDC TEMPLATE – Rev. 05/2017]*

2. **Defendants.** [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: lady, Solano County Library Foundation

Address: 601 Kentucky St, Fairfield Ca 95433

Telephone: 707 421 8075

Defendant 2:

Name: Currently N/A

Address: Currently N/A

Telephone: Currently N/A

Defendant 3:

Name: Currently N/A

Address: Currently N/A

Telephone: Currently N/A

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

   [✔] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

   [*Which federal law or right is involved?*] Unided States Federal Government Official

   [ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE 6 OF 12  *[JDC TEMPLATE – Rev. 05/2017]*

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☑ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in Solano County, it should be assigned to the NDC 9th District Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

1. Rejecting and Denying me accessibility to facility.

Under the supreme law of the land. Supreme Law of the Land.

May 31, 2021 – The offence is punishable by a range of imprisonment up to a life term, or the death Penalty, depending upon the circumstances of the crime.

COMPLAINT

PAGE 7 OF 12  *[JDC TEMPLATE – Rev. 05/2017]*

1.5. People that continue to take my stuff and repeat it back to me, or sometimes don't not all the time, but it seems to me, that those people that continue to be negative and not knowing, need to stay away from me forever. Having to explain and spell out this information because people continue to misunderstand or mislabel the correct information 1 in the right context.

2. People that use man-made mentalities obviously do not know the word God and continue to mislabel and misinterpret the information that is intended to be correct, either because they don't have or possess the intelligence of the Holy Spirit. We need the Holy Spirit to discern the things of God, that would mean the eternal things that never end. Because these people lack that wisdom, intelligence and ability to tell

3. tell the difference between eternal things and main men's mentalities. Unfortunately for these people they are not aware and they do not know that main man mentalities are temporary therefore because they are temporary, it will lead to their death this is not to be mean, this is to make real religious people that understand this information to be able to understand the differences between the people that are Holy Spirit inspired

4. and the people that are not. The people that are not Holy Spirit inspired misinterpret and mislabel and use man-made mentalities to be negative towards other human beings. Because they are being negative and not knowing, this is not a mean thing, this is an awareness that they're going to kill themselves and everybody else around them. These people will label or mislabel someone like me trying to inform people of certain

5. These people will label or mislabel someone like me trying to inform people of certain information and because they don't possess the intelligence to tell the difference between right or wrong or the things of God and mentalities they will mislabel them and call you a narcissist or gas lighting. Because of this, these people are demonstrating not knowing. Reasons are I have already provided the proof and evidence of my word being

//

//

COMPLAINT
PAGE 8 OF 12  *[JDC TEMPLATE – Rev. 05/2017]*

# CLAIMS

## First Claim

(Name the law or right violated: Rejecting,                                    )

(Name the defendants who violated it: lady, at the location, Solano County Library Foundation)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

1. Under the supreme law of the land. Supreme Law of the Land. May 31, 2021 – The offence is punishable by a range of imprisonment up to a life term, or the death Penalty, depending upon the circumstances of the crime. continuing

5.5. from previous page. fact guaranteed and if doubt incredible not to be taken out of context. Meaning these people that label me as a narcissist or gas lighting. are incorrect, because they are going against the holy spirit inspired man of God. That is not my word, that is the word of God. Because of this we might as well remove them for

6. being false. they are going to hurt themselves and other people around them. Or remove most of their credibility for not knowing the differences of what they are trying to communicate. Please fulfill those orders immediately. We do not have time to waste. Put them in prison immediately for not knowing. It's for their own good and they're only

7. Put them in prison immediately for not knowing. It's for their own good and they Put them in prison immediately for not knowing. It's for their own good and they're only Impeding or obstructing our workflow or path and getting in our way.

8. this or these are only for those that need to know. not for others that do not know or may not need to know.

//

COMPLAINT
PAGE 9 OF 12  *[JDC TEMPLATE – 05/17]*

**Denying** **Claim**

(*Name the law or right violated*: Impeding or obstructing our workflow)

(*Name the defendants who violated it*: lady, at the location, Solano County Library Foundation)

1. Under the supreme law of the land. Supreme Law of the Land. May 31, 2021 – The offence is punishable by a range of imprisonment up to a life term, or the death Penalty, depending upon the circumstances of the crime.

2. Impeding or obstructing our workflow or path and getting in our way. My military designation takes priority.

3. Currently N/A

4. Currently N/A

5. Currently N/A

6. Currently N/A

COMPLAINT

PAGE 10 OF 12   *[JDC TEMPLATE – 05/17]*

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

1. to not be rejected o denied, need to continue to access facilities or communicate with people that I need to. for many diferent purposes, ethier for work related purposes, socializing, ministries, or diferent types of communications. we are human beings, not robots, different types of people, does not mean that we have to take everything personaly, but some things are. depending on the circumstances. knowing the different types of personalities and attitudes. my personality is who I am at that time. My attitude depends on who those people are. Other specifics knowing your place. in these cases it is my case, and if people think that it is not, I am there making it known that I am making it my business, or at least making people aware of certain issues. my military designation takes priority. Impeding or obstructing our workflow or path Thanks.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 05/31/2024   Sign Name: *Elias Torres Ramirez*

Print Name: Elias Torres Ramirez.

COMPLAINT
PAGE 11 OF 12   *[JDC TEMPLATE – 05/17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

2. My different types of personalities. Social and freindly types. number 3 may need to be redacted need to know only. these are parts of who I may need to be and it is not other peoples place or business.

3. Military and direct types of personalities. type one A attiudes. not to be taken out of context, meant for direct communications, not to be taken personal. because it may have to do with urgency. that would go for the understanding that this type of communication is not your regular types of communications and if you are around this type of communication it maybe because I have to use it. I would rather not but in these cases I have no choice.

4. if you someone finds themselves on the reciving end of this it is not my fault they chose to get in my way. if they are in my way they will have to deal with the consequences. Not my fault that is because it is part of my job.

5. I should not have to continue to explain my self.

6. Thank you,

COMPLAINT

PAGE 12 OF 12  *[JDC TEMPLATE – 05/17]*

"ADR L.R. Elias & Taylor Sacred Matrimony NDC 9th district."
Nature of the Job.

Page 1

United States Federal Government Official & Agent
United States Armed forces, Army, National Guard & in Theater
U.S. Navy W5 Admiralty & U.S. Navy Reserve Component
Elias Torres Ramirez
665 Russell Ave. #5
Santa Rosa CA 95403
(707) 727 5466
05/31/2024

To: whomever it may concern: need to fulfill immediately. Need cease & assist.

Under the supreme law of the land of the United States of America.
May 31, 2021 – The offence is punishable by a range of imprisonment up to a life term, or the death Penalty, depending upon the circumstances of the crime.
Right to pursue our happiness & conduct our business.
Using Pro Se if need to: Need ex-parte Letter: Right to Commandeer:
I have explained RTD's & CDDP's that Right theology & doctrines & Classification'(s), Designation'(s), Default'(s), Position'(s), the nature of my job, Special circumstances. Not to be taken out of context.
"I, _____ (SSAN), having been appointed an officer in the Army of the United States, as indicated above in the grade of _____ do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic, that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office upon which I am about to enter; So help me God."

To: whomever it may concern.
Under our laws all the court officials and other certain types of officials or whatever type of officials **fall under my Authority, Jurisdiction'(s), jurisdiction'(s), therefore giving me the right to give orders and according to our laws those orders need and must be fulfilled immediately. It is the nature of my job.** Not to be taken out of context. Please disregard if something does not apply.

- In case of these **reasons impeding or obstructing our path or workflow. Of a United States Government Federal Official. Certain Explanations: RTD's Right Theology & Doctrines. CDDP's, Classifications, Defaults, Positions, certain issues pertaining & encompassing us.**

- 1st amendment freedom to practice my religion, Freedom of speech & Freedom to conduct our business. Right to travel, Traverse, right to self-defense.

- May or may not apply disregard if it does not apply. Please do not take what I say out of context.

If I did not need help I would not be asking

Page 1 | 2

"ADR L.R. Elias & Taylor Sacred Matrimony NDC 9th district."
Nature of the Job.

Page 2

Other issues: On this day 10: 08 AM 05/30/2024 Reporting unjust on these people here lady from the location of Solano County Library Foundation 601 Kentucky St, Fairfield, CA 94533. Mutiny, or interfering with the nature of my job I need to be able to go wherever I need, want to or both, to because of my job and Classifications write her up, admonish, reprimand, and maybe probation, I do not think she needs it but I do think she made a mistake or a misjudgment because of her not know, this is not a blame thing this is an acknowledgement thing where we need to provide better assistance, I do not think she needs to go to federal prison like the law says but that is why I am addressing these type of issues, I so not need people blocking me when all I may need is a little assistance here or there. I have been civil, and respectful. They are not being friendly or assisting in the areas that I need to be able to conduct my business.

That is the Law.

Thank you,
Elias Torres Ramirez

Send an update files. 05312024

Fed law violated.

Report emergency need for a fid

Call Napa, vital

Call California vital

Check up on appointments.

Other issues.

Report people for being not knowing.

On the other hand, and the same issues.

I shouldn't have to explain to people to not blame me for other people's bad decisions.

Do not blame me for these people not being educated.
They are only going to hurt themselves and everyone else around them.

This is part of why this needs to get done.

It is not my fault; I should not have to continue explaining or to repeat myself.
Events and issues need updates on.           Checking up on
Significant other emergency issues.


Pediatric on the with Sarah need update.

NDC stuff.

NVL Stuff.


Prep for tomorrow will need certain things.

Contact NVL immediately. Emergency.



**Justice & Diversity**
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# Instructions: Writing and Filing a Civil Complaint

This Complaint template was prepared by the Justice & Diversity Center, a nonprofit organization, and is *not* an official court form. It can be used by persons who are not incarcerated to file civil lawsuits in the Northern District Court of California. *This template provides guidance only. Using this template does not guarantee any result in your case.*



## HOW TO GET LEGAL INFORMATION AND ADVICE

This template provides general guidance. It does *not* tell you everything you need to know about filing and serving a Complaint. *Before filing your Complaint*, make an appointment for free legal information and advice at one of the Legal Help Centers listed below.

 If you will file at the San Francisco or Oakland federal courthouse, do one of the following:

 Call the appointment scheduling line for the Federal Pro Bono Project: 415-782-8982

 Sign up in the appointment book at either:
450 Golden Gate Ave., 15th Floor, Room 2796, San Francisco or
1301 Clay Street, 4th Floor, Room 470S, Oakland

 Email us at federalprobonoproject@sfbar.org
*This email is to schedule appointments - no legal advice is given over email.*

 If you will file at the San Jose federal courthouse, do one of the following:

 Call the appointment scheduling line for the Federal Pro Se Program: 408-297-1480

 Monday to Thursday 9:00 am - 12:00 pm, drop in at
The Law Foundation of Silicon Valley, 152 North 3rd St., 3rd Floor, San Jose
Monday to Thursday 1:00 pm - 4:00 pm, drop in at
280 South 1st Street, 2nd Floor, Room 2070, San Jose



Justice & Diversity
C E N T E R
OF THE BAR ASSOCIATION OF SAN FRANCISCO

✓ **CHECKLIST: DOCUMENTS TO PREPARE**

Along with your Complaint, you need to file some official court forms. *These forms are also available at the Legal Help Centers (see page 1), and in a fillable pdf version on the Court's website at www.cand.uscourts.gov/Legal-Help-Center-Templates.*

- ☐ **Complaint** (see instructions below)
  - 👉 This is a *general* complaint template. Other types of complaint templates are available at the Legal Help Centers. Persons who are incarcerated must use a different, official Court form.
- ☐ **Civil Cover Sheet** (information form for the Court's internal records)
- ☐ **Summons with Proof of Service** (the Clerk must sign and stamp the summons you have prepared – the completed summons and complaint will be served on the defendant)
- ☐ **Application to Proceed in Forma Pauperis** (request that the court waive the $402 filing fee, if you cannot afford to pay it)

## HOW TO COMPLETE THIS COMPLAINT TEMPLATE

1. **Know your deadlines.** You have limited time to file your complaint. ⚠ If you are not sure of the deadline, contact the Legal Help Centers (see page 1).

2. **Review instructions.** In the Complaint template, instructions are provided *in italics* to guide you. Please read these, as well as Chapter 4 of the Handbook for Pro Se Litigants (see page 4).

3. **Provide basic information.** Complete pages 1-3 of the Complaint, which provide the Court with information about you (the plaintiff) and the person or entity you are suing (the defendant), the law you are suing under, and why this Court is the correct one to decide this case.

4. **Write out the facts.** Write a short and simple description of what happened that caused you to file this case. Put each fact into a *separate, numbered* paragraph, starting with paragraph 6. It is usually best to write the facts in the order that they happened. Start with the earliest time and continue until the most recent event. Include *where* and *when* each event happened, *who* was involved, and *what role* each defendant played. If you need more pages for your facts, a blank page for copying is at the end of this packet.

5. **Write out the claims.** A "claim" explains what kind of legal right you are suing about. You may have one claim or several. For each claim, write in the law or right that was violated. Then, write in the name of the defendant who violated that law. Complete your claim by explaining what the law allows or doesn't allow, what the defendant did to violate that law, and the ways in which you were harmed by what the defendant did. Put each statement into a *separate, numbered* paragraph. You can briefly repeat facts from your statement of facts. You do not need to include legal arguments or case law. There two claim templates in this packet. If you have more than two claims, a blank page for copying is included at the end. If you need help identifying and understanding your claims, make an appointment at the Legal Help Center (see page 1).

6. You may attach documents to the end of this Complaint as exhibits, but it is not required. If you do attach an exhibit, explain what it is and how it supports your claim. Attaching a document to



**Justice & Diversity**
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

your Complaint does *not* necessarily mean that it will be accepted as evidence, and it does *not* mean that you should leave anything out of the written portion of your Complaint. An exhibit is not a substitute for writing out the details of your claims.

7. **Identify your demands.**

   a. Complete the Demand for Relief section on the signature page by writing in what you would like the Court to do for you.
   b. If you would like to request a jury trial at the end of your case, check the boxes for Demand for Jury Trial on the front and last pages. Not all claims go to a jury trial.

8. **Number the pages.** Count the number of pages in your final Complaint. In the bottom left corner of each page, insert the page number and the total.

9. **Review and sign your Complaint.** Read your Complaint, making sure all blanks are filled in, and to confirm that all of the statements are true. Each plaintiff must sign the complaint. Add an additional signature line for any other plaintiffs.

 **FILING AND SERVING YOUR DOCUMENTS**

1. **Make two copies.** Once you have completely filled out and signed your Complaint, Civil Case Cover Sheet, Application to Proceed in Forma Pauperis (if needed), and prepared the Summons for the Clerk, make two copies of each document. On one copy of each document, write "Chambers" on the top in pen.

2. Deliver or mail the **original plus two copies** of each form to the Clerk's Office at the federal courthouse where you are filing your case. The Clerk will take the original and the copy marked "Chambers" of each document. The other copy is for you to keep after it is stamped by the Clerk. If you file by mail, include a self-addressed, stamped envelope so that the Clerk can send a copy of each document back to you.

3. **Serve the Complaint.** Be sure that the Complaint, Summons, and the documents you received from the Clerk are served on each defendant.
   a. If you filed an Application to Proceed in Forma Pauperis *and* it is granted, the Court will normally order the U.S. Marshalls to serve each defendant.
   b. If you did *not* file an Application to Proceed in Forma Pauperis, you will need to have someone serve each defendant. For more information on service, contact the Legal Help Center (see page 1) or read Chapter 8 of the Handbook for Pro Se Litigants.

 **STAY UP TO DATE**

1. **Tell the Court if you move.** You must file a notice with the Clerk right away if your mailing address, email, or phone number changes or you may miss important deadlines, causing you to lose your case.

2. **Check your mail.** Be sure to check your mail regularly for documents from the Court or the opposing side.



Justice & Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

3. A list of all of the documents that have been filed, and (usually) the documents themselves can be viewed online. Review Chapter 7 of the Handbook for Pro Se Litigants (see below), and contact the Legal Help Center to learn about accessing the documents (see page 1).

 ## TIMELINE: FIRST STEPS IN A CIVIL CASE

This timeline lists the first few things that happen in a civil case. The Legal Help Centers (see page 1) can provide guidance about these steps, and have many additional templates for documents you may need to file during this time and throughout your case.



- Case begins when the Complaint is filed
- Complaint, Summons, and other documents served on defendants (ASAP)
- Defendant responds to the Complaint (usually within 21 days of service)
- Attend conference with judge to set case schedule (within 90 days of filing)

 ## UNDERSTANDING THE LAWS AND RULES

The Legal Help Centers (see page 1) are the best resource for people without lawyers. There are other resources available for understanding the laws and rules of the Court:

1. **Handbook for Pro Se Litigants**. The Handbook is for people who are representing themselves and it explains basic court rules and procedures. It was prepared by the Court and is available at the Clerk's Office and on the Court's website at www.cand.uscourts.gov/prosehandbk.

2. **Legal Research Guide for Pro Se Litigants.** The Guide provides information for people who are representing themselves about how to do legal research, like finding statutes and decisions in other cases. It was prepared by the Justice & Diversity Center and is available at the Legal Help Centers and at http://www.cand.uscourts.gov/Legal-Help-Center-Templates.

3. **Federal Rules of Civil Procedure.** These Rules explain the procedures from filing through trial for all civil cases in the federal courts across the country, and are available at http://www.uscourts.gov/sites/default/files/rules-of-civil-procedure.pdf.

4. **Local Rules.** The Local Rules are similar to the Federal Rules of Civil Procedure, but they apply only in this District. They are available at http://www.cand.uscourts.gov/localrules/civil.